UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00286-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **JOSEPH LEE SCHAFFER,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's Motion for Return of Seized Property and the government's response. The court concurs with the government's Response (#40) and determines that property previously ordered forfeited cannot be returned, but that property identified by the government that is still in the government's possession and having no evidentiary value (and not being in-and-of itself contraband or containing unlawful materials) shall be returned if defendant designates a willing third-party custodian. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Return of Seized Property (#37) is GRANTED in part and DENIED in part, and the government shall return to defendant the items identified at page 2 of its Response *if* defendant identifies a custodian willing to take possession of such property in the manner provided in the last sentence of the first full paragraph on page 2 of the Response.

Signed: August 11, 2016



Max O. Cogburn Jr.
United States District Judge