UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00286-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| | ) | ORDER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JOSEPH LEE SCHAFFER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the court on the plaintiff's *pro se* Reply to Response (# 46). The court has previously ordered that the items that are not forfeited or evidence be returned to the defendant via a custodian in its previous Order (# 41). In that Order, the court denied the $150,000 in relief sought but granted the return of defendant's property that is not forfeited and not evidence.

On August 24, 2016, the government wrote in its Response (# 44) to the court that it would request that the individual identified on the plaintiff's handwritten sheet would be contacted by law enforcement and that the items not forfeited and not evidence would be arranged to be returned forthwith.

In this recent filing with the court, defendant continues to demand the $150,000, a claim which has been previously denied. The court reiterates what it wrote in its prior Order (# 45), denying the defendant's Motion to Stay (# 43). The only property defendant may lawfully have returned at this point is property that no longer has evidentiary value, is not subject to the

Consent Order and Judgment of Forfeiture, items which are not contraband, and/or items that do not contain unlawful materials or images. The court has given defendant all the relief that is possible and nothing in the instant filing reveals that the government has unlawfully kept any property.

As a courtesy, the United States is requested to contact law enforcement and ascertain the status of the property transfer to the individual identified in the handwritten sheet. Defendant is also requested to review the prior Orders (# 41, 45) of the court regarding his Motions to Stay.

## ORDER

**IT IS, THEREFORE, ORDERED** that the claims of defendant's *pro se* Reply to Response are again **DENIED**.

Signed: September 19, 2016

Max O. Cogburn Jr
United States District Judge